DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRAIG SMITH** a/k/a **ISAAC SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-314

[ July 13, 2017 ]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 1997CF000036-AXX.

Isaac Smith, Sneads, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***